UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

CASE NUMBER ED08-46M

v.

Byron Parker
Defendant

[Stamp: CLERK, U.S. DISTRICT COURT, FEB -5 2008, CENTRAL DISTRICT OF CALIFORNIA, BY DEPUTY]

WAIVER OF RIGHTS
(OUT OF DISTRICT CASES)

I understand that charges are pending in the _____ District of Colorado alleging violation of 18 USC 3583 and that I have been arrested in this district and
(Title and Section / Probation / Supervised Release)
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:
(1) have an identity hearing to determine whether I am the person named in the charges;
(2) receive a copy of the charge(s) against me;

-Check one only-

[ ] **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
(3) have a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
(4) request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

[✓] **PROBATION OR SUPERVISED RELEASE CASES:**
(3) have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

*I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:*
[✓] have an identity hearing
[✓] receive a copy of the charge(s) against me
[✓] have a preliminary examination
[ ] have an identity hearing, and I have been informed that I have no right to a preliminary examination
[ ] have an identity hearing, but I request that a preliminary examination be held in the prosecuting district

X /s/ Byron Parker
Defendant

/s/ Defense Counsel

DATE: 2/5/2008

/s/ United States Magistrate Judge

M-14 (Rev. 1/03)   WAIVER OF RIGHTS (OUT OF DISTRICT CASES)